UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PENNY SUE STOUT,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:18-cv-485
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On October 18, 2018, the Magistrate Judge issued a Report and Recommendation in this case recommending that Defendant's Motion to Dismiss the Complaint, or alternatively, Motion for Summary Judgment (ECF No. 11) be denied. (ECF No. 19). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review by a District Judge. The time period for filing objections has passed, and no party has objected to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Report and Recommendation. (ECF No. 19). Defendant's Motion is **DENIED**. (ECF No. 11).

**IT IS SO ORDERED.**

11-28-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE